FILED
2007 Nov-28  PM 04:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TORRANCE BAILEY,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) CIVIL NO. 5:05-CV-345-PWG |
| | ) |
| **GRANT CULLIVER, WARDEN;** | ) |
| **ATTORNEY GENERAL FOR THE** | ) |
| **STATE OF ALABAMA,** | ) |
| | ) |
| **Respondents.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on October 31, 2007 recommending that the petition for writ of habeas corpus be denied. On November 21, 2007 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, petitioner's objections are due to be **OVERRULED** and the petition for writ of habeas corpus **DENIED**.  A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 28th day of November, 2007.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge